HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
HUGO NORBERTO-ADRIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00285-KES |
| Plaintiff, | [PROPOSED] ORDER FOR RELEASE AND TRANSPORT TO WESTCARE RE:  Hugo Norberto-Adrian (USMS # 48585-298) |
| vs. | |
| HUGO NORBERTO-ADRIAN, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Hugo Norberto-Adrian (USMS #48585-298) shall be released from the Lerdo Pre-Trial Facility directly to Kevin Mitchell and/or other staff of the Federal Defender's Office on May 11, 2026, at 11:00 a.m. to be immediately and directly transported to WestCare, located at 611 E. Belmont Ave., Fresno, CA 93701, for intake and admission into the program. While enrolled in the program, Mr. Norberto-Adrian will remain subject to all terms and conditions of his supervised release previously ordered as well as the additional condition of release requiring participation in and completion of the WestCare program ordered by the Court on May 7, 2026.

IT IS SO ORDERED.

Dated:  **May 8, 2026**

_____
UNITED STATES MAGISTRATE JUDGE