**Law Office of BreAnne Ruelas**
BreAnne Ruelas, State Bar No 327290
5330 Office Center Court, Suite 55
Bakersfield, CA 93309
Tel: (661) 868-8956
bruelas@breanneruelaslaw.com


Attorney for Defendant
Hugo Norberto Adrian Jr.


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00285-KES-1 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTECNING HEARING |
| v. | DATE: July 13, 2026 |
| HUGO NORBERTO-ADRIAN JR., | TIME: 9:30 AM |
| Defendant. | COURT: Hon. Kirk E. Sherriff |


**JOINT STIPULATION TO CONTINUE PRELIMINARY HEARING**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this supervised release petition was set for a Sentencing Hearing on July 13, 2026 in front of the Honorable Kirk E. Sherriff.

2.    On May 13, 2026, Defense Counsel Breanne Ruelas was appointed to represent the Defendant.

3.    On May 14, 2026, the government provided discovery to Defense Counsel Ruelas.

4.    Defense counsel recently was able to confer with defendant regarding sentencing and mitigation.

5.    Defense counsel requires additional time to investigate and prepare mitigation, including interviewing family members and gathering supporting documentation for submission to the court. In addition, defense counsel is currently scheduled to begin a jury trial in Kern County on June 15, 2026,

1

which will substantially limit counsel's ability to complete the sentencing memorandum and supporting materials before the currently scheduled hearing.

6.    Accordingly, defense counsel and the government jointly request that the sentencing hearing currently set for June 15, 2026 be continued to July 13, 2026, in order to allow sufficient time for defense counsel to complete the mitigation investigation, prepare a sentencing memorandum, and submit supporting mitigating materials on defendant's behalf.

IT IS SO STIPULATED.

Dated:  June 10, 2026                          ERIC GRANT
                                               United States Attorney


                                               /s/ LUKE BATY
                                               LUKE BATY
                                               Assistant United States Attorney


Dated:  June 10, 2026                          /s/ BREANNE RUELAS
                                               BREANNE RUELAS
                                               Counsel for Defendant
                                               Hugo Norberto-Adrian Jr.

2

**ORDER**

Based upon the stipulation and representations of the parties, the Court orders that the sentencing hearing currently set for June 15, 2026, be continued until **July 13, 2026, at 09:30 a.m.**, in Courtroom 6, before District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated:   June 10, 2026

_____
UNITED STATES DISTRICT JUDGE

3